RECEIVED
SDNY DOCKET UNIT
2026 FEB -4 AM 11:33

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL AGOSTINO

~~(In the space above enter the full name(s) of the petitioner(s).)~~

26 Civ. 946 (__) (__)

-against-

THE CITY OF YONKERS ET AL.

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**APPLICATION FOR THE COURT TO REQUEST COUNSEL PURSUANT TO 18 U.S.C. § 3006A(g)**

RECEIVED
FEB - 5 2026
PRO SE OFFICE

I, PAUL AGOSTINO, *(print or type your name)* am a party in this case and am unable to afford the services of an attorney. I hereby request the Court to grant my request for counsel to represent me in this proceedings.

1. In support of my application, I provide the following information:

A. Explain why you feel you need a lawyer in this case. (Use additional paper if necessary)

THE CITY OF YONKERS HIRED MY LEGAL HELP DURING MY HEARINGS CAUSING THE FIRM TO DROP MY PROCEEDINGS. NOT HAVING A LAWYER IS WHY I AM BEING IGNORED.

B. Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary)

I HAVE HAD MY REPRESENTATION STOLEN, NO LAWYER IN NY STATE WANTS TO BOTHER WITH POLITICIANS, I HAVE CALLED OVER 60.

C. If you need a lawyer who speaks in a language other than English, state what language you speak:

2. In further support of my application, I declare that (check appropriate box):

- [x] I have previously filed a Request to Proceed *In Forma Pauperis* application in this proceeding, and it is a true and correct representation of my current financial status.

- [ ] I have not previously filed a Request to Proceed *In Forma Pauperis* in this proceeding, and now attach an original Request to Proceed *In Forma Pauperis* application detailing my financial status.

- [ ] I have previously filed a Request to Proceed *In Forma Pauperis* application in this proceeding, however, my financial status has changed. I have attached another Request to Proceed *In Forma Pauperis* application showing my current financial status.

3. I understand that if a lawyer volunteers to represent me and that lawyer learns that I can afford to pay for a lawyer, the lawyer may give this information to the Court.

4. I understand that if my answers on this application are false, my case may be dismissed.

5. **I declare under penalty of perjury that the foregoing is true and correct.**

Dated: FEBRUARY 5, 2026 [signature]

*Signature*