CHUBB-5010
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X Civil File No:26-CV-0946
PAUL AGOSTINO,

Plaintiff,

-against-

CITY OF YONKERS; THOMAS G. MEIER, Commissioner of the Department of Public Works; TRACEY KUZEMCZAK, Human Resources Director; DR. GREGORY MACK, PH.D.; DR. ARLENE BROSKA,

Defendants.
--------------------------------------X

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the defendant, **DR. GREGORY MACK, PH.D.**, hereby appears in the above-entitled action, and that the undersigned have been retained as attorneys for said defendant and demand that a copy of the Complaint and all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: Staten Island, New York
May 11, 2026

Yours, etc.
AMABILE & ERMAN, P.C.

By: *Brian M. Linares-Ponce*
BRIAN M. LINARES-PONCE
Attorneys for Defendant
**DR. GREGORY MACK, PH.D.**
1000 South Avenue, 2nd Fl.
Staten Island, NY 10314
(718) 370-7030

TO: Paul Agostino, Pro Se
2848 Springhurst Street
Yorktown Heights, NY 10598