UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
PAUL AGOSTINO,

Plaintiff,

**NOTICE OF APPEARANCE**

-against-

CITY OF YONKERS, TRACEY KUZEMCZAK,
THOMAS MEIER, GREGORY MACK,
ARLENE BROSKA,

26-CV-00946 (JGLC)

Defendants.
-----------------------------------------------------x

**PLEASE TAKE NOTICE** that Dusan Lakic, Esq., First Deputy Corporation Counsel from the Office of the Corporation Matthew I. Gallagher, Esq. for the City of Yonkers, hereby appears as legal counsel to the CITY OF YONKERS, THOMAS MEIER, and TRACEY KUZEMCZAK.

Dated: May 28, 2026
Yonkers, New York

Matthew I. Gallagher, Esq.
Corporation Counsel

/S/ *Dusan Lakic*

By: DUSAN LAKIC, ESQ. (DL1985)
First Deputy Corporation Counsel
Office of the Corporation Counsel
City of Yonkers
40 South Broadway, Room 300
Yonkers, New York 10701
T: 914. 377.6230
E: dusan.lakic@yonkersny.gov