UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

PAUL AGOSTINO,

Plaintiff,

– against –

CITY OF YONKERS, TRACEY KUZEMCZAK, THOMAS MEIER, GREGORY MACK, ARLENE BROSKA,

Defendants.

-----------------------------------------------------x

**ECF**

**NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT**

26-CV-00946 (JGLC)

Assigned Magistrate
Hon. Andrew E. Krause

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Dusan Lakic, Esq. with accompanying exhibits; the annexed Declarations of J. Helen Aggrey and Tracey Kuzemczak; the annexed Memorandum of Law; and all prior pleadings and proceedings had herein; the Defendants, the City of Yonkers, Thomas Meier, and Tracey Kuzemczak, by their statutory attorney, Matthew I. Gallagher, Corporation Counsel of the City of Yonkers, by Dusan Lakic, First Deputy Corporation Counsel, will move the United States District Court for the Southern District of New York before the Honorable Jessica G.L. Clarke at the Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601 on **July 13, 2026**, at 10:00 o'clock in the forenoon of that day, or as soon thereafter as counsel may be heard, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for a motion dismissing the Amended Complaint because (i) Plaintiff's claims pursuant to 42 U.S.C. § 1983 are barred by the statute of limitations; (ii) Plaintiff has failed to state a procedural due process claim under 42 U.S.C. § 1983; (iii) Plaintiff has failed to state a first amendment retaliation claim under 42 U.S.C. § 1983; and (iv) Plaintiff has failed to state a *Monell* Claim

pursuant to 42 U.S.C. § 1983. Additionally, the Amended Complaint should be dismissed as against Defendant Kuzemczak pursuant to FRCP 12(b)(5) for insufficient service of process and correspondingly dismissed also pursuant to FRCP 12(b)(2) for lack of personal jurisdiction. This Honorable Court should grant such further and other relief as it deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the "Individual Rule and Practices in Civil *Pro Se* Cases," (Hon. Jessica G.L. Clarke) opposition papers, if any, must be served and filed within thirty (30) days from the date of service of this motion. Reply papers, if any, must be served and filed within two weeks of receipt of opposition papers.

Dated: May 28, 2026
Yonkers, New York

Respectfully Submitted,

Matthew I. Gallagher
Corporation Counsel for the City of Yonkers

By: /S/ Dusan Lakic
Dusan Lakic, Esq. (DL2015)
First Deputy Corporation Counsel
40 South Broadway, Room 300
Yonkers, New York 10701
T: (914) 377-6230
E: dusan.lakic@yonkersny.gov

To: **VIA ECF**
Paul Agostino
Plaintiff *Pro Se*

**VIA ECF**
Brian Linares-Ponce, Esq.
*Attorney for Gregory Mack*
Amabile & Erman, P.C.

**VIA ECF**
Hilana T. Said, Esq.
*Attorney for Defendant Arlene Broska*
Wilson, Elser, Moskowitz, Edelman & Dicker LLP