UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
PAUL AGOSTINO,

Plaintiff,

**DECLARATION IN SUPPORT OF MOTION TO DISMISS**

-against-

CITY OF YONKERS, TRACEY KUZEMCZAK, THOMAS MEIER, GREGORY MACK, ARLENE BROSKA,

26-CV-00946 (JGLC)

Defendants.
-----------------------------------------------------x

**DUSAN LAKIC**, Esq. pursuant to 28 U.S.C. Section 1746, declares the following under penalty of perjury:

1. I am an attorney within the Office of the Corporation Counsel Matthew I. Gallagher statutory attorney for Defendants the City of Yonkers ("City"), Thomas Meier ("Defendant Meier"), and Tracey Kuzemczak ("Defendant Kuzemczak").

2. I make this declaration in support of the City's, Defendant Meier's, and Defendant Kuzemczak's Motion to Dismiss the Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP").

3. I also make this declaration in support of Defendant Kuzemczak's Motion to Dismiss the Amended Complaint pursuant to FRCP 12(b)(2) and 12(b)(5).

4. I am admitted to practice law in the United States District Court for the Southern District of New York. I am familiar with the proceedings that have occurred to date. The sources of my information are the files maintained by the City, the pleadings, and all papers filed in this action.

5. Annexed hereto as "Exhibit A" is a copy of Plaintiff Paul Agostino's Complaint filed on ECF on February 2, 2026.

6. Annexed hereto as "Exhibit B" is a copy of Plaintiff Paul Agostino's Amended Complaint filed on ECF on March 11, 2026.

7. Annexed hereto as "Exhibit C" is a copy of a declaration of J. Helen Aggrey.

8. Annexed hereto as "Exhibit D" is a copy of a declaration of Tracey Kuzemczak.

Dated: May 28, 2026
Yonkers, New York

Sincerely,

Matthew I. Gallagher
Corporation Counsel for the City of Yonkers

By: /S/ Dusan Lakic
Dusan Lakic, Esq. (DL2015)
First Deputy Corporation Counsel
40 South Broadway, Room 300
Yonkers, New York 10701
T: (914) 377-6230
E: dusan.lakic@yonkersny.gov

To: **VIA ECF**
Paul Agostino
Plaintiff *Pro Se*

**VIA ECF**
Brian Linares-Ponce, Esq.
*Attorney for Gregory Mack*
Amabile & Erman, P.C.