UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PAUL AGOSTINO,

Plaintiff,

-against-

CITY OF YONKERS, TRACEY KUZEMCZAK, THOMAS MEIER, GREGORY MACK, ARLENE BROSKA,

Defendants.
-----------------------------------------------------------x

**DECLARATION OF J. HELEN AGGREY**

26-CV-00946

**J. HELEN AGGREY**, being duly sworn deposes and says:

1. I submit this affidavit in support of the City of Yonkers'('City') and Tracey Kuzemczak's motion to dismiss this case. I am currently employed by the City of Yonkers as the Commissioner of the Department of Human Resources and have held this title since October 20, 2025. As part of my regular duties and responsibilities as the Commissioner of the Department of Human Resources, I have access to the City's employment/personnel records of former and current City employees.

2. According to the City's personnel records, Tracey Kuzemczak was employed by the City in the job title Human Resource Manager and assigned to the Department of Human Resources. Tracey Kuzemczak's last date of City employment was August 3, 2023.

3. I declare pursuant to 28 U.S.C. 1746 under penalty of perjury that the foregoing is true and correct. This declaration is made the 26th day of May, 2026 in Yonkers, New York.

[signature]
J. HELEN AGGREY