UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
PAUL AGOSTINO,

Plaintiff,

-against-

CITY OF YONKERS, TRACEY KUZEMCZAK,
THOMAS MEIER, GREGORY MACK,
ARLENE BROSKA,

Defendants.
-----------------------------------------------------x

**DECLARATION OF TRACEY KUZEMCZAK**

26-CV-00946

**TRACEY KUZEMCZAK**, being duly sworn deposes and says:

1. I submit this affidavit in support of my motion to dismiss the complaint filed in this action 26-CV-00946.

2. I have never been personally served with a copy of the Summons and Complaint or any Amended Complaint in this proceeding bearing case number 26-CV-00946.

3. Upon information and belief, a copy of the Summons and Complaint or any Amended Complaint was never served at my residence.

4. I have never received by mail a copy of the Summons and Complaint or any Amended Complaint in this proceeding bearing case number 26-CV-00946.

5. I declare pursuant to 28 U.S.C. 1746 under penalty of perjury that the foregoing is true and correct. This declaration is made the 20 of May, 2026 in Yonkers, New York.

[signature]

______________________________
TRACEY KUZEMCZAK