MIKE SPANO
MAYOR

MATTHEW I. GALLAGHER
CORPORATION COUNSEL

CITY HALL ROOM 300
40 SOUTH BROADWAY
YONKERS, NEW YORK 10701-3883
(914) 377-6240

CITY OF YONKERS
DEPARTMENT OF LAW

June 11, 2026

**VIA ECF**
Hon. Jessica G.L. Clarke
United States District Court Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

**Re: Order of Service (ECF Doc No. 15)**
**Agostino v. City of Yonkers, *et al.* (7:26 CV 0946 (JGLC))**

Your Honor:

The Office of the Corporation Counsel is legal counsel to Defendants, the City of Yonkers ('City'), Thomas Meier ('Meier'), and Tracey Kuzemczak ('Kuzemczak'). [ECF No. 25]. On April 7, 2026, the undersigned executed the "Statement of Service by Mail and Acknowledgement"[1] form on behalf of the City and returned it. [ECF No. 19]. Defendant Meier did the same. [ECF No. 20]. Subsequently, on May 28, 2026, the City, Meier, and Kuzemczak filed a motion to dismiss the Amended Complaint pursuant to FRCP 12(b)(6). [ECF No. 26-28]. Defendant Kuzemczak also cited FRCP 12(b)(5) and 12(b)(2) as additional bases for dismissal because Defendant Kuzemczak was never served with the Amended Complaint. [*See* Kuzemczak Declaration dated May 20, 2026, ECF No. 27 (attachment 4)].

On June 2, 2026 and after the motion to dismiss was filed, the undersigned received a written inquiry from the U.S. Marshals Service in the Southern District of New York asking whether our office is willing to accept service of process[2] on behalf of Defendant Kuzemczak. Due to the already pending motion, which includes a jurisdictional basis raised by Defendant

[1] The Summons was issued on March 26, 2026. [ECF No.'s 13, 16].
[2] Your Honor issued an Order of Service in this matter on March 19, 2026. [ECF No. 15].

Kuzemczak, I write to inquire as to whether the Order of Service dated March 19, 2026 may be stayed or extended until the motion to dismiss filed on May 28, 2026 is decided by the Court.

Defendant Kuzemczak does not want to incur any expense of service of process. Our office also desires to avoid the need to file any amendments to the already pending motion (*see* ECF No. 26-28). Accordingly, our office submits this request in an effort to avoid any unnecessary expenses and additional court filings while Defendants' motion to dismiss is pending.

Sincerely,

/S/ Dusan Lakic

Dusan Lakic, Esq. (DL1985)
First Deputy Corporation Counsel
Office of the Corporation Counsel
City of Yonkers
E: dusan.lakic@yonkersny.gov
T: 914.377.6230