

MIKE SPANO
MAYOR

MATTHEW I. GALLAGHER
CORPORATION COUNSEL

CITY HALL ROOM 300
40 SOUTH BROADWAY
YONKERS, NEW YORK 10701-3883
(914) 377-6240

CITY OF YONKERS
DEPARTMENT OF LAW

June 12, 2026

**VIA ECF**
Hon. Jessica G.L. Clarke
United States District Court Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150



> **Re:**   **Letter Motion dated June 11, 2026**
> **Order of Service (ECF Doc No. 15)**
> **Agostino v. City of Yonkers, *et al.*  (7:26 CV 0946 (JGLC))**

Your Honor:

The Office of the Corporation Counsel is legal counsel to Defendants, the City of Yonkers ('City'), Thomas Meier ('Meier'), and Tracey Kuzemczak ('Kuzemczak'). [ECF No. 25]. This letter is in reference to our office's letter filed on ECF yesterday (June 11, 2026) concerning service of process for Defendant Tracey Kuzemczak. Today, I was informed that the summons and complaint in case 26-CV-0946 was served at Defendant Kuzemczak's place of employment. Accordingly, I write to inform the Court that any relief/request made in the June 11, 2026 Letter (*see* ECF No. 29) is rescinded.

Sincerely,

The Clerk of Court is respectfully directed to terminate ECF No. 29. SO ORDERED.

*/S/ Dusan Lakic*

Dusan Lakic, Esq.  (DL1985)
First Deputy Corporation Counsel
Office of the Corporation Counsel
City of Yonkers
E: dusan.lakic@yonkersny.gov
T: 914.377.6230

JESSICA G. L. CLARKE
United States District Judge

Dated: June 15, 2026
            White Plains, New York

1