**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

FILED U.S. DISTRICT COURT 2026 JUN 12 PM 2:16 S.D. OF N.Y.

| | |
|---|---|
| PLAINTIFF<br>Paul Agostino | COURT CASE NUMBER<br>26cv946 |
| DEFENDANT<br>City of Yonkers et al | TYPE OF PROCESS<br>Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Tracey Kuzemczak Human Resources
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
One Larkin Plaza, 2nd Floor Yonker, NY 10701

| | |
|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 |
| Paul Agostino<br>2848 Springhurst Street<br>Yorktown Heights, NY 10598 | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Tanuj Arora | [x] PLAINTIFF<br>[ ] DEFENDANT | | 3/26/2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 054 | No. 054 | KRISTEN HUTCHINSON Digitally signed by KRISTEN HUTCHINSON Date: 2026.03.30 14:00:09 -04'00' | 3/30/2026 |

I hereby certify and return that I [x] have personally served , [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time |
|---|---|---|
| TRACEY KUZEMCZAK c/o Town of Yorktown | 06/12/26 | 11:46 [x] am [ ] pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| Yorktown Town Hall<br>365 Underhill Avenue<br>Yorktown Heights, NY 10598 | DUSM Fernandez<br>DUSM Ladis |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS
Bagley Margaret - Legal