MIKE SPANO
MAYOR

MATTHEW I. GALLAGHER
CORPORATION COUNSEL

CITY HALL ROOM 300
40 SOUTH BROADWAY
YONKERS, NEW YORK 10701-3883
(914) 377-6240

CITY OF YONKERS
DEPARTMENT OF LAW

July 6, 2026

**VIA ECF**
Hon. Jessica G.L. Clarke
United States District Court Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

**Re: Pending Motion to Dismiss & Service of Defendant Kuzemczak**
**Agostino v. City of Yonkers, *et al.* (7:26 CV 0946 (JGLC))**

Your Honor:

The Office of the Corporation Counsel is legal counsel to Defendants, the City of Yonkers ('City'), Thomas Meier ('Meier'), and Tracey Kuzemczak ('Kuzemczak'). [ECF No. 25]. On May 28, 2026, the City, Meier, and Kuzemczak filed a motion to dismiss the Amended Complaint pursuant to FRCP 12(b)(6). [ECF No. 26-28]. Defendant Kuzemczak also cited Fed R. Civ. P. 12(b)(5) and 12(b)(2) as additional bases for dismissal because Defendant Kuzemczak had not at the time been served with the Amended Complaint. [*See* Kuzemczak Declaration dated May 20, 2026, ECF No. 27 (attachment 4)]. However, fifteen (15) days after the motion to dismiss was filed, Defendant Kuzemczak was served on June 12, 2026 with the Summons and Amended Complaint at her place of employment. [ECF Doc No. 33]. The ECF docket entry for document no. 33 then stated, in part, that an answer is due July 6, 2026.

I write to respectfully request that any requirement for Defendant Kuzemczak to file an Answer be stayed pursuant to Fed R. Civ. P. 12(a)(4) due to the previously filed motion to dismiss.

Sincerely,

/S/ Dusan Lakic
Dusan Lakic, Esq. (DL1985)
First Deputy Corporation Counsel

Office of the Corporation Counsel
City of Yonkers
E: dusan.lakic@yonkersny.gov
T: 914.377.6230