UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

PAUL AGOSTINO,

*Plaintiff(s),*

– against –

CITY OF YONKERS, THOMAS G. MEIER, Commissioner of the Department of Public Works, TRACEY KUZEMCZAK, Human Resources Director, DR. GREGORY MACK, Ph.D., and DR. ARLENE BROSKA,

*Defendant(s).*

---------------------------------------------------------------------- X

Civ. Action No.
7:26-cv-00946

Assigned Judge
Hon. Jessica G. L. Clarke

Assigned Magistrate
Hon. Andrew E. Krause

**NOTICE OF MOTION TO DISMISS UNDER FRCP 12(b)(6)**

**PLEASE TAKE NOTICE**, that upon the annexed declaration of Steven V. DeBraccio, Esq., dated July 6, 2026, together with the exhibits annexed thereto, the attached memorandum of law, and upon all pleadings and prior proceedings had herein, defendant DR. ARLENE BROSKA will move before this Court at the courthouse located at 300 Quarropas St., White Plains, New York 10601, on August 6, 2026, at 10:00 a.m. in the forenoon of that day, or as soon thereafter as counsel can be heard, for an Order:

(1) Pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing plaintiff Paul Agostino's amended complaint with prejudice for failure to state a claim for relief; and

(2) Granting such other, further, and different relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE,** that pursuant to this Court's Local Rule 6.1, answering papers shall be filed within 14 days after service of the motion papers. Reply papers, if any, shall be filed within 7 days of receipt of opposition papers.

Dated: July 6, 2026
Albany, New York

Yours, etc.,

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: ______________________________

Steven V. DeBraccio, Esq.
*Attorneys for Defendant Dr. Arlene Broska*
200 Great Oaks Blvd., Suite 228
Albany, New York 12203
Telephone: (518) 449-8893
steven.debraccio@wilsonelser.com

***Via PACER***
**Paul Agostino**
**Plaintiff *pro se***
2848 Springhurst Street
Yorktown Heights, NY 10598
(914) 800-4668
Email: pa7546@yahoo.com

**Dusan Branislav Lakic**
City of Yonkers (Department of Law)
***Attorneys for Defendants City of Yonkers, Tracey Kuzemczak, and Thomas Meier***
40 South Broadway
Yonkers, NY 10701
(914)-450-8835
Email: dusan.lakic@yonkersny.gov

**Brian Linares-Ponce**
Amabile & Erman, PC
***Attorneys for Defendant Gregory Mack, Ph.D.***
1000 South Avenue, 2nd Floor
Staten Island, NY 10314
718-370-7030
Email: blinaresponce@amabile-erman.com