UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL AGOSTINO,<br><br>*Plaintiff(s),*<br><br>– against –<br><br>CITY OF YONKERS, THOMAS G. MEIER, Commissioner of the Department of Public Works, TRACEY KUZEMCZAK, Human Resources Director, DR. GREGORY MACK, Ph.D., and DR. ARLENE BROSKA,<br><br>*Defendant(s).* | Civ. Action No.<br>7:26-cv-00946<br><br>Assigned Judge<br>Hon. Jessica G. L. Clarke<br><br>Referred Magistrate Judge<br>Hon. Andrew E. Krause<br><br>**ATTORNEY DECLARATION** |

STEVEN V. DEBRACCIO, ESQ., declares the following, under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am Of Counsel with the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, attorneys for defendant. Dr. Arlene Broska with respect to the instant action. I am fully familiar with the facts of this case relative to my review of the file maintained by this office.

2. This declaration is submitted on behalf of defendant Dr. Arlene Broska, pursuant to Fed. R. Civ. P. 12(b)(6), for dismissal of plaintiff Paul Agostino's amended complaint for failure to plead a claim upon which relief can be granted and for failure to seek leave to file a second amended complaint.



336414755v.1

3. For the reasons discussed in the accompanying memorandum of law, defendant Dr. Arlene Broska is entitled to dismissal as a matter of law, pursuant to Fed. R. Civ. P. 12(b)(6) and 15(a)(2).

Dated: July 6, 2026
Albany, New York

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: ______________________________

STEVEN V. DEBRACCIO, ESQ.
*Attorneys for Defendant Dr. Arlene Broska*
200 Great Oaks Blvd., Suite 228
Albany, NY 12150
Telephone: (518) 449-8893
steven.debraccio@wilsonelser.com

**PRINTING SPECIFICATIONS STATEMENT**

Pursuant to Local Rule 7.1(c), the foregoing reply declaration was prepared on a computer. A proportionally spaced typeface was used, as follows:

| | |
|---|---|
| Name of Typeface: | Times New Roman |
| Point Size: | 12 |
| Line Spacing: | Double |

The total number of words in this reply declaration, inclusive of point headings, footnotes, and endnotes, and exclusive of the caption, table of contents, table of authorities, and signature block, and any required certificates, is 169 words, which is in conformity with the 3,500-word limit.

Dated: May 21, 2026
Albany, New York

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Steven V. DeBraccio, Esq.
*Attorneys for Defendants The IMA Group, Inc. and Dr. David Schaich*
200 Great Oaks Blvd., Suite 228
Albany, NY 12150
Telephone: (518) 449-8893
steven.debraccio@wilsonelser.com



336414755v.1