UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL AGOSTINO,

*Plaintiff(s),*

– against –

CITY OF YONKERS, THOMAS G. MEIER, Commissioner of the Department of Public Works, TRACEY KUZEMCZAK, Human Resources Director, DR. GREGORY MACK, Ph.D., and DR. ARLENE BROSKA,

*Defendant(s).*

**NOTICE OF APPEARANCE**

**Civil Action No: 7:26-cv-00946**

**PLEASE TAKE NOTICE** that STEVEN V. DEBRACCIO, ESQ., of the law firm Wilson Elser Moskowitz Edelman and Dicker LLP, admitted by this Court to practice, hereby appears in this action on behalf of Defendant, DR. ARLENE BROSKA, and requests that he be served with all future pleadings and submissions to the Court.

Dated: Albany, New York
July 6, 2026

Yours, etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By ______________________________

Steven V. DeBraccio
***Attorneys for Defendant Dr. Arlene Broska***
200 Great Oaks Blvd., Suite 228
Albany, New York 12150
(518) 449-8893
File No: 12311.00602
Email: steven.debraccio@wilsonelser.com

***Via NYSCEF***

**Paul Agostino**
**Plaintiff *pro se***
2848 Springhurst Street
Yorktown Heights, NY 10598
(914) 800-4668
Email: pa7546@yahoo.com

**Dusan Branislav Lakic**
City of Yonkers (Department of Law)
***Attorneys for Defendants City of Yonkers, Tracey Kuzemczak, and Thomas Meier***
40 South Broadway
Yonkers, NY 10701
(914)-450-8835
Email: dusan.lakic@yonkersny.gov

***Brian Linares-Ponce***
Amabile & Erman, PC
***Attorneys for Defendant Gregory Mack, Ph.D.***
1000 South Avenue, 2nd Floor
Staten Island, NY 10314
718-370-7030
Email: blinaresponce@amabile-erman.com