UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL AGOSTINO,<br><br>*Plaintiff,*<br><br>– against –<br><br>CITY OF YONKERS, THOMAS G. MEIER, Commissioner of the Department of Public Works, TRACEY KUZEMCZAK, Human Resources Director, DR. GREGORY MACK, Ph.D., and DR. ARLENE BROSKA,<br><br>*Defendants.* | Civ. Action No. 7:26-cv-00946<br><br>Assigned Judge Hon. Jessica G. L. Clarke<br><br>Assigned Magistrate Hon. Andrew E. Krause<br><br>**DECLARATION OF SERVICE** |

I, STEVEN V. DEBRACCIO, ESQ., declare under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746:

1. I am not a party to the within action and am over 18 years of age.
2. That on the 9th day of July 2026, I served the within **Unreported Cases Referenced in Memorandum of Law for Motion to Dismiss (Dkt. No. 36-2),** upon the attorney(s) for the respective party(ies) in this action, at the address(es) listed below, such address(es) designated by said party or attorney for that purpose via ***Email*:**

**TO:**

**Paul Agostino**
*Plaintiff Pro Se*
2848 Springhurst Street
Yorktown Heights, NY 10598
(914) 800-4668
Email: pa7546@yahoo.com

**Dusan Branislav Lakic**
City of Yonkers (Department of Law)
*Attorneys for Defendants City of Yonkers,*
*Tracey Kuzemczak, and Thomas Meier*
40 South Broadway
Yonkers, NY 10701
(914)-450-8835
Email: dusan.lakic@yonkersny.gov

**Brian Linares-Ponce**
Amabile & Erman, PC
*Attorneys for Defendant Gregory Mack*
1000 South Avenue, 2nd Floor
Staten Island, NY 10314
718-370-7030
Email: blinaresponce@amabile-erman.com

Dated: July 9, 2026
Albany, New York

STEVEN V. DEBRACCIO, ESQ.