RECEIVED
SDNY DOCKET UNIT
2026 JUL 13 PM 12:46

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PAUL AGOSTINO,
Plaintiff,

v.

CITY OF YONKERS, THOMAS G. MEIER,
TRACEY KUZEMCZAK,
GREGORY MACK, Ph.D., and
DR. ARLENE BROSKA,
Defendants.

Case No. 26-CV-0946 (JGLC)

**DECLARATION OF PAUL AGOSTINO**
**IN SUPPORT OF PLAINTIFF'S OPPOSITIONS TO DEFENDANTS GREGORY MACK'S**
**AND DR. ARLENE BROSKA'S MOTIONS TO DISMISS**

I, Paul Agostino, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Plaintiff in this action and submit this declaration based upon my personal knowledge.

2. I submit this declaration in support of my Memoranda of Law in Opposition to the Motions to Dismiss filed by Defendants Gregory Mack, Ph.D., and Dr. Arlene Broska.

3. If called as a witness, I could and would testify competently to the matters stated herein.

4. I was employed by the City of Yonkers Department of Public Works as a Maintenance Mechanic for approximately twenty-five years.

5. In July 2022, I reported workplace misconduct and false workplace rumors to the City of Yonkers Human Resources Department.

6. The attached Exhibits A through H are true and correct copies of records maintained by me or produced during proceedings concerning my employment.

7. My treating provider medically cleared me to return to unrestricted duty effective October 21, 2022.

8. Despite that medical clearance, I was not permitted to return to work and was instead directed to undergo employer-directed psychological fitness-for-duty evaluations.

9. I sought counseling because of the emotional stress caused by the workplace conditions and false rumors that I had previously reported to Human Resources. I did not seek counseling because I believed I was unable to perform my job duties, and my treating provider later medically cleared me to return to unrestricted duty.

10. I personally attended the evaluations conducted by Gregory Mack, Ph.D., and Dr. Arlene Broska.

11. I personally recorded both evaluations in their entirety.

12. The recordings are true and accurate recordings of the examinations, have remained in my possession, and have not been altered or edited.

13. The recordings remain available and can be produced if requested by the Court.

14. The statements contained in this declaration are based upon my personal knowledge and are submitted to authenticate the attached exhibits and the existence and preservation of the recordings.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ______________________, 2026

Yorktown Heights, New York

7/13/26

Paul Agostino
Plaintiff Pro Se